IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,    )
ex rel. Steven Mark Hults,   )
D.O.; and STEVEN MARK        )
HULTS, a natural person,     )
                             )
     Plaintiffs,             )
                             )   CIVIL ACTION NO.
     v.                      )     2:10cv835-MHT
                             )          (WO)
COMMUNITY HOSPITAL OF        )
ANDALUSIA, INC., d/b/a       )
Andalusia Regional           )
Hospital; et al.,            )
                             )
     Defendants.             )
```

**JUDGMENT**

Because the plaintiffs have failed to respond to the order to show cause (doc. no. 23) why this case should not be dismissed for want of prosecution, it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed in its entirety without prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of January, 2015.

                 /s/ Myron H. Thompson
                 **UNITED STATES DISTRICT JUDGE**